IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

MARQUIS ROBERT WILSON,

    Plaintiff,

v.                                                     CASE NO.  7:20cv533

HAROLD W. CLARKE, *et al.*,

    Defendants.

## MOTION TO DISMISS

Defendants J. Lynchard and Mr. G. Sink, by counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully move this Honorable Court to dismiss the claims against them for the reasons set forth in the Memorandum accompanying this Motion.

Respectfully submitted,

J. LYNCHARD and MR. G. SINK

By:       s/Laura Maughan
Laura Maughan, VSB #87798
Assistant Attorney General
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
(804) 786-0030
(804) 786-4239 (Fax)
Email:  lmaughan@oag.state.va.us

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of January, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing ("NEF") to the following: n/a.

I also hereby certify that I have sent the document, postage prepaid, to the following non-CM/ECF user:

Marquis Wilson, #1435580
Buckingham Correctional Center
P.O. Box 430
Dillwyn, VA 23936

                                            s/Laura Maughan
                                      Laura Maughan, VSB #87798
                                      Assistant Attorney General