In The United States District Court
For The Western District Of Virginia
Roanoke Division

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 2 7 2021

JULIA C. DUDLEY, CLERK
BY: A Beeson
DEPUTY CLERK

Marquis Wilson

    Plaintiff,

V.             Case No. 7-20-CV-00533-TTC
              RSB

Harold W. Clarke Et Al.

    Defendants

Memorandum In Support Of Plaintiff
Rule 12      Motion Not To Dismiss.

The Petitioner Now Asks This Court To Deny The Defendants Motion To Dismiss That Which Was Filed On 12·15·2020 (Document 31). The Petitioner Has Attached A Sworn Affidavit In Support Of This Motion. For Those Reasons He Prays That This Motion Be Granted.

Respectfully Submitted
Mr. Marquis Robert Wilson
P.O. Box 430
Dillwyn, VA.
          23936

Affidavit Of Marquis Robert Wilson
Under Oath I Do Swear

#1. I Marquis Robert Wilson, Would
First Remind The Court That I Am
Visually Impaired, Hearing Impaired,
And Have Been Diagnosed With And
Somewhat Treated For Both Memory
Loss And Severe Mental Illness.

#2 The Defendants Have Transferred
Me To Five Facilities In A Six Month
Time Span.

#3 Since Arriving At Buckingham
Correctional Center I Have Filed Numerous
Grievances Related To My Conditions
Of Confinement As A Disabled Person.

#4 After Exhausting Administrative
Remedies I Subsequently Filed Complaint
No: 7:20-CV-00452, Which The Defendants
Are Attempting To Associate With An
Unrelated Civil Matter Regarding My
Condition Of Confinement In A Different
Facility ie, Greensville Correctional
Center.

#5 Though My Hearing Disability Is Directly Related To Being Housed At G.C.C., The Current Complaint Is Specific To The Buckingham Correctional Center.

#6 Also As A Result Of My Many Verified Disabilities I Am Unable To Properly Litigate And Process The Information Very Well. Therefore, I Am Reliant On Jailhouse Lawyers, Who Have Been Very Reluctant In Helping Me Rightfully So For Fear Of Retaliation By Defendants.

#7 Furthermore, Due To The Pandemic Crisis, It Is Virtually Impossible To Meet With An Institutional Attorney.

#8 Please Dont Dismiss My Complaint, I Need Help And This Court Is My Only Hope.

#9 The Only Reason That Mr. Barry Marano Is Mentioned In My Current Complaint Is Because The ADA Coordinator At B.K.C.C. Found Another ADA Coordinator After He Mr. Sink Retired And Mr. Barry Marano

⑤

Stepped In To fill In Until B.K.C.C. Found
Another ADA Coordinator Due To The Fact
That He Is The Statewide ADA Coordinator.

Signed Under The Pain And Penalty Of
Perjury.

Date _____, 2021 _____

Date 1-12-2021

Ruby Call 350432
County of Buckingham
State of Virginia

R T CALL
NOTARY
PUBLIC
REG. #350432
MY COMMISSION
8/31/24
COMMONWEALTH OF VIRGINIA

Marquis Wilson #1435580
Buckingham Correctional Center
P.O. Box 430
Dillwyn, VA. *23936*

United States District Co
Office of the Clerk
210 Franklin Rd., Rm 5
Roanoke, VA.
*24011*

MAILED
JAN 25 2021
Buckingham Correctional Center
Mailroom

MAILED
JAN 25 2020
Buckingham Correctional Center
Mailroom



